## PRISM TECHNOLOGIES LLC, Plaintiff–Appellant,

v.

McAFEE, INC., Defendant–Appellee,

and

Symantec Corporation, Defendant–Appellee,

and

Trend Micro Incorporated, Defendant–Appellee.

No. 2013–1135.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2013.

this appeal.

Christopher D. Banys, Banys, P.C., of Palo Alto, CA, argued for plaintiff-appellant. With him on the brief was Richard C. Lin. Of counsel on the brief was Andre J. Bahou, Prism Technologies, LLC, of Brentwood, TN.

Dan L. Bagatell, Perkins Coie, LLP, of Phoenix Arizona, argued for all defendants-appellees. With him on the brief was Christina Jordan McCullough, of Seattle, WA for defendant-appellee, McAfee, Inc. Of counsel on the brief were Dean G. Dunlavey, Latham & Watkins, LLP, of Costa Mesa, CA, and Mark A. Flagel, of Los Angeles, CA, for defendant-appellee, Symantec Corporation; Mark D. Fowler and Robert Buergi, DLA Piper LLP (US) of East Palo Alto, CA; and Stanley Joseph Panikowski, III, of San Diego, CA, for defendant-appellee Trend Micro Incorporated. Of counsel were Rubendra Bains, Leisa Talbert Peschel, Matthew R. Rodgers, Danny L. Williams, and David K. Wooten, Williams Morgan & Amerson of Houston, TX, and John Patrick Passarelli, Kutak Rock, LLP, of Omaha, NE, for defendant-appellee, McAfee; Inc. and Kathy Yu, Latham & Watkins, LLP, of Los Angeles, CA, for defendant-appellee, Symantec Corporation.

LOURIE, BRYSON, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

This Cause having been heard and considered, it is

Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**